DANIEL D. CRONIN, Respondent, and THE CONNECTICUT COMPANY, Plaintiff, v. JOHN ANDERSON, Appellant.— Order denying motion to compel plaintiff Cronin

* Affd., 251 N. Y. ——.

to appear and submit to a physical examination affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.